UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

-against-

SCOTT J. HOLLENDER,
GABRIEL F. MIGLIANO, JR. and
FRANK M. VECCHIO,

          Defendants,

-and-

GSH EMPIRE, INC. and
21ST CENTURY GOLD & SILVER INC.,

          Relief Defendants.

23 Civ. 2456 (LAK)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO RELIEF DEFENDANT 21ST CENTURY GOLD & SILVER INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Securities and Exchange Commission hereby gives notice that it voluntarily dismisses its claims against Relief Defendant 21st Century Gold & Silver Inc. ("21st Century"). This notice shall have no effect on the claims against the other Defendants and Relief Defendant in this action.

Dated: New York, New York
       May 26, 2023

/s/ Daniel Loss
Daniel Loss
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004
(212) 336-5571
LossD@sec.gov

SO ORDERED Granted

LEWIS A. KAPLAN, USDJ
5/31/23