UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiffs,

       -against-                                     23-cv-2456 (LAK)

SCOTT J. HOLLENDER, et al.,

                Defendants.
------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-6-2023

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        On August 7, 2023, Plaintiff, the Securities and Exchange Commission ("SEC"), moved to strike defendant Gabriel Migliano, Jr.'s sixth affirmative defense of "lack of clarity and fair notice" in his answer to the SEC's complaint. Mr. Migliano has not submitted any response or opposition to the SEC's motion. Accordingly, the SEC's motion to strike Mr. Migliano's sixth affirmative defense (Dkt 29) is granted without opposition.

        SO ORDERED.

Dated:     September 6, 2023

                                                                           _____
                                                                         Lewis A. Kaplan
                                                                        United States District Judge