UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

SCOTT J. HOLLENDER,
GABRIEL F. MIGLIANO, JR., and
FRANK M. VECCHIO,

                Defendants.

------------------------------------x

**PROPOSED ORDER**

No. 23 Civ. 2456 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-4-24

    WHEREAS, on February 26, 2024, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety, in light of the pendency of the criminal action *United States v. Castillero, et al.*, 23 Cr. 622 (JMF), in which an indictment has been returned (the "Criminal Case"); and

    WHEREAS, plaintiff Securities and Exchange Commission takes no position on the stay sought by the Government;

    WHEREAS, defendants Scott J. Hollender and Gabriel F. Migliano, Jr., consent to the stay sought by the Government, and defendant Frank M. Vecchio does not oppose the stay;

    WHEREAS, the Court finds that the stay sought by the Government is in furtherance of the interests of justice and will not prejudice any party; it is hereby

    **ORDERED** that the Government's motion to intervene is GRANTED. It is further

    **ORDERED** that that this matter is stayed in its entirety until the completion of the Criminal Case.

SO ORDERED.

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

3/4/24
DATE