UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 09/15/2026

September 15, 2026

**VIA ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, New York 10007

Re: *Securities and Exchange Commission v. Hollender, et al.,* 23 Civ. 2456 (LAK)

Dear Judge Kaplan:

On behalf of *pro se* Defendant Gabriel Migliano ("Migliano"), and pursuant to the Court's April 18, 2020 Individual Rules of Practice, Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this request for a one-week adjournment of the initial pretrial conference scheduled for September 16, 2026.

As background, on June 27, 2026, the Court lifted the stay of proceedings in effect since March 3, 2024. (Dkt. 50.) On August 10, 2026, the parties submitted a Proposed Revised Civil Case Management Plan and Discovery Schedule. (Dkt. 51.) On August 11, 2026, the Court set an initial pretrial conference for September 16, 2026 at 2 p.m.

The SEC understands that Mr. Migliano's request stems from the untimely passing of a close family friend and his resulting wake and funeral obligations this week. This is Mr. Migliano's first such request for an adjournment of the initial pretrial conference, and the SEC and *pro se* Defendant Scott Hollender consent to the request.

Respectfully submitted,

*/s/ Sushila Rao*
Senior Trial Counsel

cc: *Pro Se* Defendants Hollender and Migliano (by email)

**Memorandum Endorsement**

**Granted. The September 16 conference is adjourned until September 23, 2026 at 2:00 PM in Courtroom 21B.**

**/s/ Lewis A. Kaplan**
**Hon. Lewis A. Kaplan, USDJ**
**Dated: September 15, 2026**