UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Securities and Exchange Commission,

Plaintiff,

- against -

Scott J. Hollender, et al.,

Defendants.

-------------------------------------------------------------X

23-cv-2456 (LAK) (RWL)

**TELEPHONE CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A Pre-Settlement telephone conference will be held on **October 22, 2026, at 9:30 a.m.** in advance of a settlement conference. The parties are instructed to review and adhere to Judge Lehrburger's Individual Practices and Settlement Conference Procedures. The Clerk of Court is respectfully requested to mail this order to the pro se defendant's, and note service on the docket.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 30, 2026
New York, New York

Copies transmitted this date to all counsel of record