UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

Securities and Exchange Commission,

Plaintiff,

- against -

Scott J. Hollender, et al.,

Defendants.

--------------------------------------------------------------X

23-cv-2456 (LAK) (RWL)

**SETTLEMENT CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A settlement conference before Judge Robert W. Lehrburger is hereby scheduled for **November 17, 2026, at 2:30 p.m. to be conducted via Microsoft Teams. A link will be emailed to the parties, one week prior to the conference.** The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than November 10, 2026, by 5:00 p.m. The Clerk of Court is respectfully requested to mail this order to the pro se defendant's, and note service on the docket.

SO ORDERED.

_________________________________

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 30, 2026
New York, New York

Copies transmitted this date to all counsel listed.